IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00214-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TITO ONTIVEROS,

    Defendant.

---

## ORDER

---

    This matter is before the Court on the Motion to Request that the Court Order My Grand Jury Transcripts in Writing for My Rights Secure by the 5th and 6th Amendment of the Constitution and My Right to Due Process of Law [Docket No. 19]. When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). In this case, the defendant is represented by counsel. As a result, defendant's pleading is improper. Therefore, it is

    ORDERED that Docket No. 25 is STRICKEN.

    DATED August 2, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge