**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 11-cr-00214-PAB
Civil Action No. 15-cv-01264-PAB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

TITO ONTIVEROS,

    Defendant-Petitioner.

---

**FINAL JUDGMENT**

---

In accordance with the Order Denying 28 U.S.C. § 2255 Motion [Docket No. 230] entered by United States District Judge Philip A. Brimmer on June 16, 2015, the following Judgment is hereby entered.  It is

**ORDERED** that the "Petitioner's Informal Brief Requesting the Court to Vacate, Set Aside, or Correct His Sentence Pursuant to 28 U.S.C. § 2255" [Docket No. 229] is denied.  It is further

**ORDERED** that no certificate of appealability will issue because defendant has not made a substantial showing of the denial of a constitutional right.  It is further

**ORDERED** that judgment is hereby entered in favor of plaintiff-respondent UNITED STATES OF AMERICA and against defendant-petitioner TITO ONTIVEROS.  It is further

**ORDERED** that Civil Action No. 15-cv-01264-PAB is terminated.

Dated at Denver, Colorado this 18th day of June, 2015.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/   Kathy Preuitt-Parks

                              Kathy Preuitt-Parks
                              Deputy Clerk